# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00874-CR

**Mark Stephan Knapp, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT OF LEE COUNTY**
**NO. 26204, THE HONORABLE PAUL E. FISCHER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Mark Stephan Knapp has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Appellant's Motion

Filed: January 24, 2020

Do Not Publish